Nicholas Ranallo # 51439
5058 57th Ave. South
Seattle, WA 98118
Telephone: (831) 607-9229
E-mail: nick@ranallolawoffice.com
Attorney for Plaintiff

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE WESTERN DISTRICT OF WASHINGTON**

**SEATTLE DIVISION**

MASS ENGINEERED DESIGN, INC.

Plaintiff,

v.

ATDEC DISTRIBUTION USA PTY LTD.

Defendant.

Civil Action No. 2:19-cv-00677-BJR

**MASS ENGINEERED DESIGN, INC.'S CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure Rule 7.1 and LCR 7.1, the undersigned counsel of record for Plaintiff Mass Engineered Design, Inc. ("Mass") certifies as follows:

Plaintiff Mass has parent entity. No publicly held corporation owns 10% or more of Mass's stock.

May 7, 2019

Respectfully submitted,

By: s/ Nicholas Ranallo
Nicholas Ranallo # 51439
5058 57th Ave. South
Seattle, WA 98118
Telephone: (831) 607-9229
E-mail: nick@ranallolawoffice.com

John J. Edmonds *(PHV pending)*
Texas Bar No. 789758
Stephen F. Schlather *(PHV pending)*
Texas Bar No. 24007993

MASS ENGINEERED DESIGN, INC.'S
CORPORATE DISCLOSURE STATEMENT - 1
No. 2:19-cv-0xxxx

RANALLO LAW OFFICE
5058 57th Ave. South
Seattle, WA 98118
P: 831-607-9229

EDMONDS & SCHLATHER, PLLC
1616 South Voss Road, Suite 125
Houston, Texas 77057
Telephone: (713) 364-5291
E-mail: jedmonds@ip-lit.com
sschlather@ip-lit.com

***Attorneys for Plaintiff,
Mass Engineered Design, Inc.***

MASS ENGINEERED DESIGN, INC.'S
CORPORATE DISCLOSURE STATEMENT - 2
No. 2:19-cv-0xxxx

RANALLO LAW OFFICE
5058 57th Ave. South
Seattle, WA 98118
P: 831-607-9229