AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Western District of Washington

| | |
|---|---|
| Mass Engineered Design, Inc. <br><br> *Plaintiff(s)* <br> v. <br> Atdec Distribution USA Pty Ltd. <br><br> *Defendant(s)* | Civil Action No. 2:19-cv-00677-BJR |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Atdec Distribution USA Pty Ltd.
c/o Registered Agent, SW&W Registered Agents, Inc.
1420 5th Ave., Suite 3400
Seattle, WA 98101-4010

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Nicholas Ranallo, Attorney at Law (# 51439)
5058 57th Ave. South
Seattle, WA 98118
Phone: 831-607-9229
Email: nick@ranallolawoffice.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date:   05/07/2019

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **ATDEC DISTRIBUTION USA PTY LTD.**
was received by me on *(date)* **5/7/2019**.

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* **SN&W REGISTERED AGENTS, INC ANDREA SCHUNK (AGENT)**, who is designated by law to accept service of process on behalf of *(name of organization)* **ATDEC DISTRIBUTION USA PTY LTD. 1420 - 5th AVE / SUITE 3400, SEATTLE, WA 98101** on *(date)* **5/13/2019 3:00 PM** ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ **60.00** for travel and $ **5.00** for services, for a total of $ **65.00**.

I declare under penalty of perjury that this information is true.

Date: **5/15/2019**

_Michael W. Graham_
Server's signature

**MICHAEL W. GRAHAM / PROCESS SERVER**
Printed name and title

KKWT PROCESS SERVICES
P. O. BOX 4623
SPANAWAY, WA 98387
Server's address  BUS: (253) 565-5670

Additional information regarding attempted service, etc: