THE HONORABLE BARBARA J. ROTHSTEIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MASS ENGINEERED DESIGN, INC., <br><br> Plaintiff, <br><br> v. <br><br> ATDEC DISTRIBUTION USA PTY. LIMITED, <br><br> Defendant. | No. 2:19-cv-00677-BJR <br><br> NOTICE OF APPEARANCE |

TO:        CLERK OF COURT

AND TO:    THE PARTIES AND THEIR COUNSEL OF RECORD

PLEASE TAKE NOTICE that Jenna M. Poligo of Stoel Rives LLP hereby appears as attorney of record for Atdec Distribution USA PTY Limited ("Atdec") in the above-captioned action. All further service, papers and proceedings in this case, except original process, should be served upon Atdec's attorney of record Jenna M. Poligo, Stoel Rives LLP, 600 University Street, Suite 3600, Seattle, WA 98101; Telephone: (206) 386-7517 by leaving a copy with its attorney at the address above.

DATED: June 3, 2019.

STOEL RIVES LLP

*/s/ Jenna M. Poligo*
Jenna M. Poligo, WSBA No. 54466
jenna.poligo@stoel.com

*Attorney for Defendant*

NOTICE OF APPEARANCE - 1

# CERTIFICATE OF SERVICE

I hereby certify that on June 3, 2019, I electronically filed the foregoing **NOTICE OF APPEARANCE** with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all parties appearing in this case:

John J. Edmonds
Stephen F. Schlather
EDMONDS & SCHLATHER PLLC
1616 S. Voss Road, Suite 125
Houston, TX 77057
jedmonds@ip-lit.com
sschlather@ip-lit.com

Nicholas R. Ranallo
RANALLO LAW OFFICE
5058 57th Ave. S.
Seattle, WA 98118
nick@ranallolawoffice.com

*Attorneys for Plaintiff*

Dated: June 3, 2019

/s/ Jenna M. Poligo
Jenna M. Poligo, WSBA No. 54466
STOEL RIVES LLP
600 University Street, Suite 3600
Seattle, WA 98101
Telephone: 206.624.0900
Facsimile: 206.386.7500
Email: jenna.poligo@stoel.com

CERTIFICATE OF SERVICE - 1