THE HONORABLE BARBARA J. ROTHSTEIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MASS ENGINEERED DESIGN, INC.,<br><br>Plaintiff,<br><br>v.<br><br>ATDEC DISTRIBUTION USA PTY. LIMITED,<br><br>Defendant. | No. 2:19-cv-00677-BJR<br><br>**STIPULATED MOTION AND ORDER GRANTING EXTENSION OF TIME FOR DEFENDANT ATDEC DISTRIBUTION USA PTY. LIMITED TO ANSWER OR RESPOND TO PLAINTIFF'S COMPLAINT** |

Plaintiff Mass Engineered Design, Inc. and Defendant Atdec Distribution USA PTY Limited ("Atdec"), by and through their counsel of record, hereby stipulate as follows:

1. Plaintiff filed its Complaint on May 6, 2019 and served Atdec on May 13, 2019.

2. Atdec's deadline to answer or otherwise respond to Plaintiff's Complaint is currently scheduled for June 3, 2019.

3. Atdec requested the extension to allow the parties an opportunity to pursue settlement discussions prior to beginning to incur the costs of litigation. Plaintiff does not oppose the extension.

4. By agreement of counsel, Atdec shall have a 30 day extension, until July 3, 2019 to timely answer or otherwise respond to Plaintiff's Complaint.

STIPULATED MOTION AND ORDER GRANTING EXTENSION
OF TIME TO ANSWER OR RESPOND - 1
(No. 2:19-cv-00677-BJR)
102167836.3 0070171-00002

STOEL RIVES LLP
ATTORNEYS
600 University Street, Suite 3600, Seattle, WA 98101
Telephone 206.624.0900

SO STIPULATED this 3rd day of June, 2019.

EDMONDS & SCHLATHER, PLLC

*/s/ Nicholas Ranallo*
Nicholas Ranallo, WSBA No. 51439
5058 57th Ave. South
Seattle, WA 98118
P: (831) 607-9229
F: (831) 533-5073
nick@ranallolawoffice.com

John J. Edmonds (PHV pending)
jedmonds@ip-lit.com
Stephen F. Schlather (PHV pending)
sschlather@ip-lit.com.com
EDMONDS & SCHLATHER, PLLC
1616 S. Voss Road, Suite 125
Houston, Texas 77057
Telephone: (713) 364-5291
Facsimile: (832) 415-2535

*Attorneys for Plaintiff*
*Mass Engineered Design, Inc.*

STOEL RIVES LLP

*/s/ Jenna M. Poligo*
Jenna M. Poligo, WSBA No. 54466
STOEL RIVES LLP
600 University Street, Suite 3600
Seattle, WA 98101
Telephone: 206.624.0900
Facsimile: 206.386.7500
Email: jenna.poligo@stoel.com

*Attorneys for Defendant*
*Atdec Distribution USA Pty. Limited*

STIPULATED MOTION AND ORDER GRANTING EXTENSION
OF TIME TO ANSWER OR RESPOND - 2
(No. 2:19-cv-00677-BJR)
102167836.3 0070171-00002

STOEL RIVES LLP
ATTORNEYS
600 University Street, Suite 3600, Seattle, WA 98101
Telephone 206.624.0900

# ORDER

**PURSUANT TO STIPULATION, IT IS SO ORDERED** that Defendant Atdec Distribution USA PTY Limited shall have until July 3, 2019 to file its timely Answer and/or other responsive pleading to Plaintiff's Complaint.

DATED: June 4, 2019

_Barbara J. Rothstein_
HONORABLE BARBARA J. ROTHSTEIN
UNITED STATES DISTRICT JUDGE

STIPULATED MOTION AND ORDER GRANTING EXTENSION
OF TIME TO ANSWER OR RESPOND - 3
(No. 2:19-cv-00677-BJR)
102167836.3 0070171-00002

STOEL RIVES LLP
ATTORNEYS
600 University Street, Suite 3600, Seattle, WA 98101
Telephone 206.624.0900