THE HONORABLE BARBARA J. ROTHSTEIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MASS ENGINEERED DESIGN, INC., <br><br> Plaintiff, <br><br> v. <br><br> ATDEC DISTRIBUTION USA PTY. LIMITED, <br><br> Defendant. | No. 2:19-cv-00677-BJR <br><br> **SECOND STIPULATED MOTION AND ORDER GRANTING EXTENSION OF TIME FOR DEFENDANT ATDEC DISTRIBUTION USA PTY. LIMITED TO ANSWER OR RESPOND TO PLAINTIFF'S COMPLAINT** <br><br> NOTE ON MOTION CALENDAR: <br> JUNE 28, 2019 |

Plaintiff Mass Engineered Design, Inc. and Defendant Atdec Distribution USA PTY Limited ("Atdec"), by and through their counsel of record, hereby stipulate as follows:

1. Plaintiff filed its Complaint on May 6, 2019 and served Atdec on May 13, 2019.

2. On June 3, 2019, the parties filed a joint stipulated motion and proposed order requesting a 30-day extension of Atdec's deadline to answer or otherwise respond to Plaintiff's Complaint.

3. Atdec requested the extension to allow the parties an opportunity to pursue settlement discussions prior to beginning to incur the costs of litigation. Plaintiff did not oppose the extension

4. On June 4, 2019, this Court entered an Order granting that request and extending Atdec's deadline to answer or otherwise respond to Plaintiff's Complaint to July 3, 2019.

SECOND STIPULATED MOTION AND [PROPOSED] ORDER GRANTING
EXTENSION OF TIME TO ANSWER OR RESPOND - 1
(No. 2:19-cv-00677-BJR)

STOEL RIVES LLP
ATTORNEYS
600 University Street, Suite 3600, Seattle, WA 98101
*Telephone 206.624.0900*

5. Since June 3, the parties have continued to engage in settlement discussions and continue to make progress toward resolving this matter. Atdec requests an additional 14-day extension of its deadline to answer or otherwise respond to the Complaint to allow the parties additional time to pursue settlement discussions prior to beginning to incur the costs of litigation. Plaintiff does not oppose the extension.

6. By agreement of counsel, Atdec shall have a 14-day extension, until July 17, 2019, to timely answer or otherwise respond to Plaintiff's Complaint.

SO STIPULATED this 28th day of June, 2019.

| EDMONDS & SCHLATHER, PLLC | STOEL RIVES LLP |
|---|---|
| */s/ Nicholas Ranallo* <br> Nicholas Ranallo, WSBA No. 51439 <br> 5058 57th Ave. South <br> Seattle, WA 98118 <br> P: (831) 607-9229 <br> F: (831) 533-5073 <br> nick@ranallolawoffice.com <br><br> John J. Edmonds (admitted pro hac vice) <br> jedmonds@ip-lit.com <br> Stephen F. Schlather (admitted pro hac vice) <br> sschlather@ip-lit.com.com <br> EDMONDS & SCHLATHER, PLLC <br> 1616 S. Voss Road, Suite 125 <br> Houston, Texas 77057 <br> Telephone: (713) 364-5291 <br> Facsimile: (832) 415-2535 <br><br> *Attorneys for Plaintiff* <br> *Mass Engineered Design, Inc.* | */s/ Jenna M. Poligo* <br> Jenna M. Poligo, WSBA No. 54466 <br> STOEL RIVES LLP <br> 600 University Street, Suite 3600 <br> Seattle, WA 98101 <br> Telephone: 206.624.0900 <br> Facsimile: 206.386.7500 <br> Email: jenna.poligo@stoel.com <br><br> Andrew T. Oliver, (admitted pro hac vice) <br> AMIN, TUROCY & WATSON LLP <br> 160 W. Santa Clara St., Suite 975 <br> San Jose, CA 95113 <br> Telephone: (650) 393-0634 <br> Email: aoliver@atwiplaw.com <br><br> *Attorneys for Defendant* <br> *Atdec Distribution USA Pty. Limited* |

SECOND STIPULATED MOTION AND [PROPOSED] ORDER GRANTING
EXTENSION OF TIME TO ANSWER OR RESPOND - 2
(No. 2:19-cv-00677-BJR)

102541185.1 0070171-00002

STOEL RIVES LLP
ATTORNEYS
600 University Street, Suite 3600, Seattle, WA 98101
*Telephone 206.624.0900*

# ORDER

**PURSUANT TO STIPULATION, IT IS SO ORDERED** that Defendant Atdec Distribution USA PTY Limited shall have until July 17, 2019 to file its timely Answer and/or other responsive pleading to Plaintiff's Complaint.

DATED: July 3, 2019.

*/s/ Barbara Jacobs Rothstein*
Barbara Jacobs Rothstein
U.S. District Court Judge

SECOND STIPULATED MOTION AND [PROPOSED] ORDER GRANTING
EXTENSION OF TIME TO ANSWER OR RESPOND - 3
(No. 2:19-cv-00677-BJR)
102541185.1 0070171-00002

**STOEL RIVES LLP**
ATTORNEYS
600 University Street, Suite 3600, Seattle, WA 98101
*Telephone 206.624.0900*

|   | **CERTIFICATE OF SERVICE** |
|---|---|
| 1 | |
| 2 | I hereby certify that on June 28, 2019, I electronically filed the foregoing **SECOND STIPULATED MOTION AND [PROPOSED] ORDER GRANTING EXTENSION OF TIME TO ANSWER OR RESPOND** with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all parties appearing in this case: |

John J. Edmonds
Stephen F. Schlather
EDMONDS & SCHLATHER PLLC
1616 S. Voss Road, Suite 125
Houston, TX 77057
jedmonds@ip-lit.com
sschlather@ip-lit.com

Nicholas R. Ranallo
RANALLO LAW OFFICE
5058 57th Ave. S.
Seattle, WA 98118
nick@ranallolawoffice.com

*Attorneys for Plaintiff*

Dated: June 28, 2019

/s/ Jenna M. Poligo
Jenna M. Poligo, WSBA No. 54466
STOEL RIVES LLP
600 University Street, Suite 3600
Seattle, WA 98101
Telephone: 206.624.0900
Facsimile: 206.386.7500
Email: jenna.poligo@stoel.com

CERTIFICATE OF SERVICE - 1
(No. 2:19-cv-00677-BJR)