THE HONORABLE BARBARA J. ROTHSTEIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MASS ENGINEERED DESIGN, INC., <br><br> Plaintiff, <br><br> v. <br><br> ATDEC DISTRIBUTION USA PTY. LIMITED, <br><br> Defendant. | No. 2:19-cv-00677-BJR <br><br> **STIPULATED DISMISSAL WITH PREJUDICE** |

Plaintiff, Mass Engineered Design, Inc. and Defendant Atdec Distribution USA Pty Ltd., pursuant to Fed. R. Civ. P. 41(a), hereby stipulate to and move for an order dismissing all claims in this action WITH PREJUDICE, with each party to bear its own costs, expenses and attorney's fees.

Dated: August 8, 2019

STOEL RIVES LLP

/s/ Jenna M. Poligo
Jenna M. Poligo, WSBA No. 54466
STOEL RIVES LLP
600 University Street, Suite 3600
Seattle, WA 98101
Telephone: 206.624.0900
Facsimile: 206.386.7500

Respectfully submitted,

RANALLO LAW OFFICE

/s/ Nicholas Ranallo
Nicholas Ranallo, WSBA No. 51439
5058 57th Ave. South
Seattle, WA 98118
P: (831) 607-9229
F: (831) 533-5073
nick@ranallolawoffice.com

STIPULATED DISMISSAL WITH PREJUDICE
(CASE NO. 2:19-cv-00677-BJR)

Email: jenna.poligo@stoel.com

Andrew T. Oliver, (admitted pro hac vice)
AMIN, TUROCY & WATSON LLP
160 W. Santa Clara St., Suite 975
San Jose, CA 95113
Telephone: (650) 393-0634
Email: aoliver@atwiplaw.com

*Attorneys for Defendant*
*Atdec Distribution USA Pty. Limited*

John J. Edmonds (admitted pHV)
jedmonds@ip-lit.com
Stephen F. Schlather (admitted PHV)
sschlather@ip-lit.com.com
EDMONDS & SCHLATHER, PLLC
1616 S. Voss Road, Suite 125
Houston, Texas 77057
Telephone: (713) 364-5291
Facsimile: (832) 415-2535

*Attorneys for Plaintiff*
*Mass Engineered Design, Inc.*

STIPULATED DISMISSAL WITH PREJUDICE
(CASE NO. 2:19-cv-00677-BJR)

# ORDER

IT IS HEREBY ORDERED that the above-captioned matter is dismissed with prejudice with each party to bear its own costs, expenses and attorney's fees.

*[signature: Barbara J. Rothstein]*

United States District
Judge Barbara J. Rothstein

**Presented by:**

| STOEL RIVES LLP | RANALLO LAW OFFICE |
|---|---|
| */s/ Jenna M. Poligo* | */s/ Nicholas Ranallo* |
| Jenna M. Poligo, WSBA No. 54466 | Nicholas Ranallo, WSBA No. 51439 |
| STOEL RIVES LLP | 5058 57th Ave. South |
| 600 University Street, Suite 3600 | Seattle, WA 98118 |
| Seattle, WA 98101 | P: (831) 607-9229 |
| Telephone: 206.624.0900 | F: (831) 533-5073 |
| Facsimile: 206.386.7500 | nick@ranallolawoffice.com |
| Email: jenna.poligo@stoel.com | |
| | John J. Edmonds (admitted pHV) |
| Andrew T. Oliver, (admitted pro hac vice) | jedmonds@ip-lit.com |
| AMIN, TUROCY & WATSON LLP | Stephen F. Schlather (admitted PHV) |
| 160 W. Santa Clara St., Suite 975 | sschlather@ip-lit.com.com |
| San Jose, CA 95113 | EDMONDS & SCHLATHER, PLLC |
| Telephone: (650) 393-0634 | 1616 S. Voss Road, Suite 125 |
| Email: aoliver@atwiplaw.com | Houston, Texas 77057 |
| | Telephone: (713) 364-5291 |
| *Attorneys for Defendant* | Facsimile: (832) 415-2535 |
| *Atdec Distribution USA Pty. Limited* | |
| | *Attorneys for Plaintiff* |
| | *Mass Engineered Design, Inc.* |

STIPULATED DISMISSAL WITH PREJUDICE
(CASE NO. 2:19-cv-00677-BJR)